IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERITAGE HANDOFF HOLDINGS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 16-691-RGA |
| v. ) | |
| ) | |
| RONALD FONTANELLA, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF SATISFACTION OF JUDGMENT
AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, on March 14, 2019, the Court entered Judgment, in part, in favor of Heritage Handoff Holdings, LLC ("Heritage") and against Ronald Fontanella ("Fontanella"), and the Court awarded Heritage a total damages award of $5,266,899.13 (D.I. 186);

WHEREAS, the Court also entered Judgment, in part, in favor of Fontanella and against Heritage, and the Court awarded Fontanella a total damages award of $499,520.72 (D.I. 186);

WHEREAS, on April 3, 2019, Heritage filed a Post-Trial Motion for Attorneys' and Professionals' Fees, Costs, Expenses, and Post-Judgment Interest (D.I. 187);

WHEREAS, on April 3, 2019, Fontanella filed a Motion for Reasonable Attorneys' Fees, Costs, and Expenses (D.I. 193);

WHEREAS, on April 10, 2019, Fontanella filed a Rule 59(e) Motion to Alter or Amend the Judgment (D.I. 197);

WHEREAS, on June 4, 2019, the Court denied Fontanella's Motion to Alter or Amend the Judgment (D.I. 212);

WHEREAS, on June 4, 2019, the Court issued a Memorandum regarding its award of attorneys' fees and post-judgment interest (D.I. 213);

WHEREAS, the parties have entered into a Confidential Settlement Agreement pursuant to which the parties now agree that the Judgment, including all damages, pre-judgment interest, attorneys' fees, costs, expenses, and post-judgment interest, is now fully and finally satisfied by both parties;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

The Judgment, including all damages, pre-judgment interest, attorneys' fees, costs, expenses, and post-judgment interest, is deemed fully and finally satisfied by both parties pursuant to the Confidential Settlement Agreement of the parties, and that this case is dismissed with prejudice with each party to bear its own costs, fees, and expenses.

| POTTER ANDERSON & CORROON LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| By: */s/ John A. Sensing*<br>John A. Sensing (#5232)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>jsensing@potteranderson.com<br><br>*Attorneys for Plaintiff*<br><br>Dated: June 24, 2019 | By: */s/ Aaron M. Nelson*<br>Dominick T. Gattuso (#3630)<br>Aaron M. Nelson (#5941)<br>300 Delaware Avenue, Suite 200<br>Wilmington, Delaware 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br>anelson@hegh.law<br><br>*Attorneys for Defendant* |

**SO ORDERED** this 24 day of June, 2019.

_____
The Honorable Richard G. Andrews